UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
UNITED STATES OF AMERICA,       :
                                :
                                :
v.                              : Criminal No.3:02CR00072(AWT)
                                :
JERKENO WALLACE and             :
NEGUS THOMAS,                   :
                                :
          DefendantS.           :
-------------------------------x
```

**NOTICE TO COUNSEL**

Pursuant to the defendants' appeal, the Court of Appeals has remanded this case for further proceedings in conformity with United States v. Crosby, 397 F.3d 103 (2d Cir. 2005). Accordingly, by no later than July 10, 2006, each defendant shall either (1) notify the court in writing that he will not seek resentencing, or (2) file a memorandum setting forth his position as to why the court should have imposed a nontrivially different sentence if, at the time of sentencing, it had understood sentencing law as subsequently explained by the Supreme Court in United States v. Booker, 543 U.S. 220 (2005). See Crosby, 397 F.3d at 118-20. If either defendant files a memorandum contending that the court should have imposed a nontrivially different sentence, the government shall file a response within 21 days of the filing of the defendant's memorandum.

Additionally, the Court of Appeals has remanded this case with instructions to the court to exercise its discretion in

vacating the convictions under either Count Thirteen or Count Fourteen. If counsel for any party has a view as to which convictions should be vacated, such counsel shall file a memorandum by no later than July 10, 2006.  Any response to such a memorandum shall be filed within 21 days.

It is so ordered.

Dated this 9th day of June 2006 at Hartford, Connecticut.

>      /s/ (AWT)
>     Alvin W. Thompson
>   United States District Judge