UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,               DOCKET NO. 3:02CR72 (AWT)

    Plaintiff,

vs.

NEGUS THOMAS,

    Defendant.                              July 17, 2006

### NOTICE OF MANUAL FILING

Please take notice that Defendant NEGUS THOMAS has manually filed his **MEMORANDUM IN SUPPORT OF RESENTENCING and attachment.** This document has not been filed electronically because the electronic file size of the document exceeds 1.5 mb. Additionally, the electronic file size of the attachment exceeds 1.5 mb. The document has been manually served on the parties listed on the attached Certification.

                                        RESPECTFULLY SUBMITTED,
                                        THE DEFENDANT, NEGUS THOMAS,

                        By: _____
                              David J. Wenc
                              Federal Bar No. ct00089
                              WENC LAW OFFICES
                              44 Main Street
                              P.O. Box 306
                              Windsor Locks, CT 06096
                              TEL.: 860-623-1195
                              FAX: 860-292-6705
                              Email: david.wenclaw@sbcglobal.net

1

## CERTIFICATION

I hereby certify that on July 17, 2006 I served a copy of the foregoing Notice via U.S. mail, postage prepaid, and/or electronically, to:

Chambers of the Honorable Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT  06103

Assistant U.S. Attorney Michael J. Gustafson
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT  06510

Richard Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT  06109-2120

_____
David J. Wenc, Esq.