UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        DOCKET NO. 3:02CR72 (AWT)

V.

NEGUS THOMAS        July 19, 2006

### MOTION FOR PERMISSION TO FILE MEMORANDUM IN SUPPORT OF RESENTENCING *NUNC PRO TUNC*

NOW comes the defendant, NEGUS THOMAS, by and through his counsel, David J. Wenc, and moves this Honorable Court for permission to file his *Memorandum in support of Resentencing nunc pro tunc* for the following reason(s):

1. Counsel filed a motion to extend time to file the memo for 7 days or until July 17, 2006. However, that motion was never posted on CMECF.

2. Defense counsel did mail the Memorandum in Support of Resentencing on Monday, July 17, 2006 based on the assumption that the motion to extend time had been docketed. However, counsel received a phone message from Chambers indicating that the Court needed a motion for permission to file nunc pro tunc.

WHEREFORE, the defendant prays that this motion be granted.

RESPECTFULLY SUBMITTED,
NEGUS THOMAS, DEFENDANT,

By: /s/ David J. Wenc
David J. Wenc, His Attorney
WENC LAW OFFICES
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096
860-623-1195
FED BAR # CT00089

**CERTIFICATION**

I hereby certify that on July 19, 2006, I served copy of the foregoing Motion by mailing same via U.S. mail, postage prepaid, to:

Chambers of the Honorable Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT  06103

Assistant U.S. Attorney Michael J. Gustafson
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT  06510

Richard Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT  06109-2120

/s/ David J. Wenc
David J. Wenc, Esq.