UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,                DOCKET NO. 3:02CR72 (AWT)

    Plaintiff,

Vs.

NEGUS THOMAS,

    Defendant.                             August 14, 2006

## NOTICE OF MANUAL FILING

Please take notice that Defendant NEGUS THOMAS has manually filed his **REPLY BRIEF**. This document has not been filed electronically because the electronic file size of the document exceeds 1.5 mb. The document has been manually served on the parties listed on the attached Certification.

RESPECTFULLY SUBMITTED,
THE DEFENDANT, NEGUS THOMAS,

By: /s/ David J. Wenc
David J. Wenc
Federal Bar No. ct00089
WENC LAW OFFICES
44 Main Street
P.O. Box 306
Windsor Locks, CT 06096
TEL.: 860-623-1195
FAX: 860-292-6705
Email: david.wenclaw@sbcglobal.net

1

## CERTIFICATION

I hereby certify that on August 14, 2006 I served a copy of the foregoing Notice via U.S. mail, postage prepaid, and/or electronically, to:

Chambers of the Honorable Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT  06103

Assistant U.S. Attorney Michael J. Gustafson
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT  06510

Richard Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT  06109-2120

/s/ David J. Wenc
David J. Wenc, Esq.