UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 3:02CR72 (AWT) |
| Plaintiff, | ) SUPPLEMENTAL MEMO IN SUPPORT OF<br>) RESENTENCING BY NEGUS THOMAS |
| vs. | ) |
| NEGUS THOMAS, | ) |
| Defendant | ) |

**I.** *Showing of Remorse*:

Currently, there is pending a motion for the resentencing of Negus Thomas. Since the date of his original sentence, Mr. Thomas has had the opportunity to reflect upon this case as well as his conduct concerning the day of the murder of Gil Torres. Mr. Thomas has evolved as a human being. He is remorseful for his conduct, which led to the death of Gil Torres. He seeks redemption.

To that end, defense counsel has requested that the government contact its victims services advocate in order to reach out to the Torres family. Mr. Thomas, through this attorney, wishes to express to the Torres family his remorsefulness for the death of Gil Torres.

**II.** *Conclusion*:

This memo is meant to supplement Mr. Thomas' previous filings in favor of a "full" resentencing. Only at a "full" resentencing can this Court gauge Mr. Thomas' remorse as well as acceptance of responsibility.

Dated this 10th day of November, 2006

By:**/s/ David J. Wenc**
    David J. Wenc,
    FedBar#ct00089
    Wenc Law Offices
    44 Main Street
    P.O. Box 306
    Windsor Locks, CT 06096
    Tel. 860-623-1195
    **E-Mail:**
    **david.wenclaw@sbcglobal.net**

### CERTIFICATION

I hereby certify that on November 10, 2006 I served a copy of the foregoing supplemental memo via U.S. mail, postage prepaid, and/or electronically, to:

Chambers of the Honorable Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT 06103

Michael J. Gustafson, AUSA
U.S. Attorney's Office
157 Church Street
P.O. Box 1824
New Haven, CT  06510

Richard Cramer, Esq.
449 Silas Deane Highway
Wethersfield, CT  06109-2120

**/s/ David J. Wenc**

David J. Wenc, Esq.